UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas Arpert |
| | : | Criminal No. 12-2457 (DA) |
| v. | : | |
| | : | ORDER |
| SEAN RUBLOWTIZ | : | |

THIS MATTER having come before the Court on July 16, 2012 for an initial appearance on the Complaint filed in this matter; and this Court having heard the arguments of the government (Jonathan W. Romankow, Assistant U.S. Attorney, appearing), and the defendant (Aidan P. O'Connor, Esq., appearing); and for good cause shown;

IT IS, on this 16th day of July, 2012;

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant SEAN RUBLOWITZ be detained without bail; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant SEAN RUBLOWITZ be committed to the custody of the United States Marshals Service; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant SEAN RUBLOWITZ shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
DOUGLAS ARPERT
UNITED STATES MAGISTRATE JUDGE